UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA OLIVER, | § § | NO. 4:21-cv-03857 |
| vs. | § § § | |
| PPS HOUSE BUYERS LLC., | § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Donna Oliver voluntarily dismisses the Class Action Complaint [D.E. 1] and all claims alleged therein against Defendant, PPS House Buyers LLC. Plaintiff dismisses her individual claims with prejudice and all claims on behalf of the putative classes without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: December 16, 2021.                Respectfully submitted,

/s/ Cory S. Fein
Cory S. Fein (Texas Bar No. 06879450)
cory@coryfeinlaw.com
CORY FEIN LAW FIRM
712 Main Street, Suite 800
Houston, TX 77002
Telephone: 281-254-7717
Facsimile: 530-748-0601

Seth M. Lehrman (Pro Hac Vice forthcoming)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*