# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA OLIVER, | § § § § § § § | NO. 4:21-cv-03857 |
| vs. | | |
| PPS HOUSE BUYERS LLC., | | |

## ORDER

Pursuant to Plaintiff's notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is hereby **DISMISSED**, with prejudice, each side to bear its own attorneys' fees and costs.

**SO ORDERED.**

Dated: December 17, 2021

_____
U.S. District Court Judge